**Opinion issued June 21, 2012**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-12-00183-CV**

———————————

**IN RE BYRON B. WILLIAMS, JR. AND QUALITY CARRIERS, INC., Relators**

———————————————————————————————————————

**Original Proceeding on Petition for Writ of Mandamus**

———————————————————————————————————————

**MEMORANDUM OPINION**

Relators, Byron B. Williams, Jr. and Quality Carriers, Inc., petitioned for writ of mandamus asking that we vacate the trial court's order reinstating the cause of action of real party in interest Jasmine Whitaker.[1]

---

[1]   The underlying case is *JasmineWhitaker et al. v. Byron B. Williams, Jr. and Quality Carriers, Inc. d/b/a Quality Carriers*, No. 2010-10947 (11th Dist. Ct., HarrisCnty., Tex.), the Honorable Mike Miller, presiding.

On May 3, 2012, Whitaker filed a motion to dismiss the petition for writ of mandamus as moot, stating that the underlying matter was nonsuited on March 30, 2012. Relators have not filed a response to this motion to dismiss, and more than ten days have elapsed since this motion was filed. *See* TEX. R. APP. P. 10.3(a).

Accordingly, we grant the motion and dismiss the petition for writ of mandamus as moot. Anyremaining motions are likewise dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

2